UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RE: ) | |
| ) | |
| COMMERCIAL CORPORATION ) | Case No. 04-13062-SSM |
| ) | Chapter 7 |
| Debtors ) | |

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Margaret Lynch<br>9565 Battery Heights Blvd., #263<br>Manassas, VA 20110 | $1,188.11 |

March 30, 2010

/s/ Gordon P. Peyton
Gordon P. Peyton
Trustee in Bankruptcy
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
Virginia State Bar #5155